# Exhibit 2



**My Passport™**
Portable Storage

- Slim design
- Automatic backup
- Password protection
- 256-bit AES hardware encryption
- Up to 5TB capacity
- 3-year limited warranty

# Every journey needs a passport.

The My Passport™ drive is trusted, portable storage that gives you the confidence and freedom to drive forward in life. With a new, stylish design that fits in the palm of your hand, there's space to store, organize, and share your photos, videos, music, and documents. Perfectly paired with WD Backup™ software and password protection, the My Passport drive helps keep your digital life's contents safe.

 Slim style.    Backed up.    Locked down.    Ongoing confidence.

wd.com

 My Passport™



## Product features

**Slim style.**

The new My Passport™ drive has been redesigned for you to make the most of your own journey. It features a convenient, slim form factor and is available in a range of vibrant colors.

**Backed up.**

The My Passport drive comes equipped with WD Backup™ software to help make sure everything you create while on your own life journey - photos, videos, music, and documents - doesn't get lost. You can set it to run automatically to your schedule. Just pick the time and frequency to back up important files from your system onto your My Passport drive.

**Locked down.**

The My Passport™ drive's password protection and built-in 256-bit AES hardware encryption helps keep your digital life's contents secure. Just activate password protection and set your own personalized password using WD Discovery™.

**Super easy.**

My Passport portable storage is ready right out of the box including all necessary cables. And with SuperSpeed USB, you can quickly start backing up everything in your life and keep driving forward.

**Social friendly.**

Included WD Discovery™ software lets you connect to popular social media and cloud storage services like Facebook, Dropbox and Google Drive™. Seamlessly import, organise and share your photos, videos and docs to the My Passport drive to backup your online social life. WD Discovery can also manage your drive through WD Drive Utilities™.

**Ongoing confidence.**

There's no telling what's ahead in your own journey. That's why WD® builds drives to demanding requirements for durability and long-term reliability. On top of that, it comes with a 3-year limited warranty.

## Product specifications

**Capacities and Models**

5TB
| | |
|---|---|
| Black | WDBPKJ0050BBK |
| Blue | WDBPKJ0050BBL |
| Red | WDBPKJ0050BRD |
| White | WDBPKJ0050BWT |

4TB
| | |
|---|---|
| Black | WDBPKJ0040BBK |
| Blue | WDBPKJ0040BBL |
| Red | WDBPKJ0040BRD |
| White | WDBPKJ0040BWT |

2TB
| | |
|---|---|
| Black | WDBYVG0020BBK |
| Blue | WDBYVG0020BBL |
| Red | WDBYVG0020BRD |
| White | WDBYVG0020BWT |

1TB
| | |
|---|---|
| Black | WDBYVG0010BBK |
| Blue | WDBYVG0010BBL |
| Red | WDBYVG0010BRD |
| White | WDBYVG0010BWT |

**Contents**

- Portable hard drive
- SuperSpeed USB cable
- WD Discovery™ software
- Quick install guide

**Interface**

USB 3.2 Gen 1 (Superspeed USB)
USB 3.0
USB 2.0

**Dimensions**

4TB - 5TB
Length: 107.2 mm (4.22 in)
Width: 75.00 mm (2.95 in)
Height: 19.15 mm (0.75 in)
Weight: 210 g (0.46 lb)

1TB - 2TB
Length: 107.2 mm (4.22 in)
Width: 75.00 mm (2.95 in)
Height: 11.15 mm (0.44 in)
Weight: 120 g (0.27 lb)

**Operating Specifications**

Operating temperature: 5°C to 35°C
Non-op. temperature: -20°C to 65°C

**System Compatibility**

Formatted NTFS for Windows® 10 and 8.1. Reformatting may be required for other operating systems.

**Limited Warranty**

3 years (worldwide)



WD products are precision instruments and must be handled with care during unpacking and installation. Rough handling, shock, or vibration can damage drives. Always observe the following precautions when unpacking and installing your external storage product:

· Do not drop or jolt the drive
· Do not move the drive during activity

Western Digital, WD, the WD logo, My Passport, WD Backup, WD Discovery, WD Drive Utilities and WD Security are registered trademarks or trademarks of Western Digital Corporation or its affiliates in the U.S. and/or other countries. All other marks are the property of their respective owners. Pictures shown may vary from actual products. Not all products may be available in all regions of the world. All product specifications subject to change without notice. As used for storage capacity, one gigabyte = one billion bytes; one terabyte = one trillion bytes. Total accessible capacity varies depending on operating environment.

©2020 Western Digital Corporation or its affiliates. All rights reserved.

4078-705155-A01

wd.com