# Exhibit 5

  About   News   Products   Investors   Careers   Sustainability   Download   Contact   English

Home > Products > USB Controller > USB3.2 Gen2x1 to SATA > ASM235CM

# ASM235CM

## General Description

Engaged in Universal Serial Bus I/O solutions and storage application developments, ASMedia Technology is committed on expanding product portfolio with introducing a new generation of USB 3.2 Gen2x1 to SATA 6Gbps bridge solution for USB Type-C storage application.

ASM235CM is the latest generation of ASMedia's single chip solution, bridging the USB3.2 Gen2x1 to Serial ATA host interface with highly integrated SuperSpeedPlus, SuperSpeed, High Speed, SATA 1.5/3.0/6.0 Gbps ASMedia self-designed PHYs as well as built-in CC logic circuit enabling reversible USB cable orientation and direction. Along with excellent compatibility with USB3.2 hosts and SATA devices, ASM235CM utilizes advanced process technology to optimize the chip power consumption.

Customers can easily enhance their storage device performance with ASM235CM since it also integrates an 8-bit micro-processor and embedded RAM to provide a cutting edge solution in USB to SATA device enclosure market.

  About   News   Products   Investors   Careers   Sustainability   Download   Contact   English

- Compliant with USB Specification Revision 2.0
- Support USB Super-Speed Plus, USB Super-Speed, High-Speed and Full-Speed Operation
- Support USB Mass Storage Class, Bulk-Only Transport Specification Revision 1.3
- Support USB Attached SCSI Protocol Specification Revision 1.0
- Compliant with Serial ATA Specification Revision 3.2
- Serial ATA bus up to 6Gbps Signal bandwidth
- Support Spread Spectrum Control of USB3.0 and SATA interface to improve the EMI performance
- Support ATA/ATAPI Packet Command Set
- Support ATA/ATAPI LBA48 addressing mode(28-bit LBA SATA devices are not supported due to OS limitations)
- Integrated 8-bit micro-processor with embedded program RAM and ROM
- Support SPI NVRAM for Vender Specific Application of USB Device Controller
- Support multi-GPIO pins
- Support programmable PWMs
- Support 25 MHz with external crystal mode
- Integrated two internal voltage regulator for IO power and Core

## Package Type

Green Package 6x6 QFN 48L (Pb-free)

asmedia   About   News   Products   Investors   Careers   Sustainability   Download   Contact   English

## View Other Products

:≡  Back To The List



| About | News | Products | Investors | Careers | Sustainability | Download 🔍 | ✉ Contact | 🌐 English |

### About Us

About Asmedia
History
Organization
Our Team
Philosophy

### News

### Products

USB Controller
PCIe Bridge Controller
SATA Controller
High Speed Signal Switch
ASIC
PDK/KGD Information

### Careers

Compensation
Join us

### Investors

Corporate Information
Financials
Stock Information
Corporate Governance
Announcements
Stakeholders

### Sustainability

### Contact us

6F, No. 115, Minquan Rd., Xindian Dist., New Taipei City 231, Taiwan, R.O.C.

TEL: +886-2-2219-6088

Fax: +886-2-2219-6080


TOP

Copyright © ASMedia Technology Inc. All Rights Reserved. Designed by MINMAX 網頁設計

Privacy Policy