# Exhibit 6

# Universal Serial Bus 3.2 Specification

Apple Inc.
Hewlett-Packard Inc.
Intel Corporation
Microsoft Corporation
Renesas Corporation
STMicroelectronics
Texas Instruments

September 22, 2017

Copyright © 2017 USB 3.0 Promoter Group.  All rights reserved.

Table 6-1.  Electrical Test Points

| Test Point | Description |
|---|---|
| TP1 | Transmitter silicon pad |
| TP2 | Transmitter port connector mid-point |
| TP3 | Receiver port connector mid-point |
| TP4 | Receiver silicon pad |
| TP1Ro, TP3Ro | Re-timer transmitter silicon pad |
| TP1Ri, TP3Ri | Re-timer receiver silicon pad |

Figure 6-6.  Electrical Test Points



Note that simultaneous USB 2.0 and SuperSpeed Gen 1 or Gen 2 operation is required for downstream facing ports and for upstream facing ports on Hubs.

### 6.2.2    Channel Overview

A PHY is a transmitter and receiver that operate together and are located on the same component.  A channel connects two PHYs together with two unidirectional differential pairs of pins for a total of four wires.  The PHYs are required to be AC coupled.  The AC coupling capacitors are associated with the transmitter.

### 6.3    Symbol Encoding

### 6.3.1    Gen 1 Encoding

The Gen 1 PHY uses the 8b/10b transmission code.  The definition of this transmission code is identical to that specified in ANSI X3.230-1994 (also referred to as ANSI INCITS 230-1994), clause 11.  As shown in Figure 6-7, ABCDE maps to abcdei and FGH maps to fghj.

Copyright © 2017 USB 3.0 Promoter Group.  All rights reserved.