# Exhibit 8





# ASM1053 Datasheet

## SuperSpeed USB to SATA Bridge Controller

**Copyright Notice:**

Copyright © 2008, ASMedia TECHNOLOGY INC. All Rights Reserved.

INFORMATION IN THIS DOCUMENT IS PROVIDED IN CONNECTION WITH PRODUCTS OF ASMEDIA TECHNOLOGY INC. NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED BY THIS DOCUMENT. EXCEPT AS PROVIDED IN ASMEDIA'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, ASMEDIA ASSUMES NO LIABILITY WHATSOEVER, AND ASMEDIA DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF ASMEDIA PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT.
Products of ASMEDIA TECHNOLOGY INC. are not intended for use in medical, life saving, life sustaining, critical control or safety systems, or in nuclear facility applications.

ASMedia may make changes to specifications and product descriptions at any time, without notice.
ASMedia TECHNOLOGY INC. may have patents or pending patent applications, trademarks, copyrights, or other intellectual property rights that relate to the presented subject matter. The furnishing of documents and other materials and information does not provide any license, express or implied, by estoppel or otherwise, to any such patents, trademarks, copyrights, or other intellectual property rights.
Contact your local ASMedia sales office or your agent to obtain the latest specifications and before placing your product order.
Copies of documents which have an order number and are referenced in this document, or other ASMedia literature may be obtained by calling +886-2-22196088 or by visiting ASMedia's website at www.asmedia.com.tw.
ASMedia and ASMedia logo are trademarks or registered trademarks of ASMEDIA TECHNOLOGY INC. in Taiwan and other countries.


© 2008 祥碩科技股份有限公司，著作權所有，並保留一切權利
本文資料為與祥碩科技股份有限公司之產品相關。本文並未明示或默示授權任何智慧財產權予第三人。除在祥碩科技股份有限公司對該產品提供的買賣條款及條件以外，祥碩科技股份有限公司免於擔負任何責任，且不對產品的買賣及使用做任何明示或默示的保證，包含產品適於特殊使用目的、以及產品不侵害任何專利權、著作權或其他智慧財產權。祥碩科技股份有限公司之產品不用於醫療的、救助生命的、生命維持的、安全控管系統或核子設施等用途之上。
祥碩科技股份有限公司可隨時不經通知，逕行增訂或修改產品規格及描述。
本文之相關專利權、申請中之專利權、商標權、著作權及其餘智慧財產權均屬祥碩科技股份有限公司所有。本文及其他資訊並未明示或默示的提供任何專利、商標、著作權及其餘智慧財產權之授權。
請於下產品訂單前先聯絡當地的祥碩科技銷售處或代理商以取得最新的產品規格書。
本文提及之有訂單號碼之文件或其他詳細資料可參閱祥碩科技網站 www.asmedia.com.tw 或撥打+886-2-22196088
ASMEDIA 和 ASMEDIA 商標均為祥碩科技股份有限公司在台灣和其他國家的註冊商標或商標。


**Office:**
ASMedia Technology, Inc.
6F, No.115, Minquan Rd., Xindian City, Taipei County 231, Taiwan, R.O.C.
http://www.asmedia.com.tw
Tel: 886-2-2219-6088
Fax: 886-2-2219-6080

 **Environmentally hazardous materials are not used in this product.**



# Revision History

| Rev. | Date | Description |
|------|------|-------------|
| 0.1 | April 8, 2011 | Initial Release |
| 0.2 | June 29, 2011 | Update the name of pinout<br>Update the electrical spec<br>Update the package information to 6x6 QFN48 |
| 0.3 | Oct. 4, 2011 | Update the general description and feature to support SATA3.0<br>Update the electrical spec of Absolute Maximum Ratings and Recommended Operating Conditions |
| 0.4 | Oct. 27, 2011 | Update the pin description<br>Add the Strapping Table<br>Add the ESD specification<br>Add the electrical specification of 30MHz clock input<br>Update the Package Mechanical Specification |
| 0.5 | Dec. 23, 2011 | Remove the feature of SATA3.0<br>Add the pin 49 into pin description<br>Update the maximum spec of core power<br>Update the electrical spec of IO power and internal regulator |

ASMedia Confidential for Leadinglight



**ASM1053 Datasheet**

# Table of Contents

Revision History.................................................................................................................................................iii
Table of Contents..............................................................................................................................................iv
List of Figures ................................................................................................................................................... v
General Description........................................................................................................................................... 1
Features ........................................................................................................................................................... 1
Package Type ................................................................................................................................................... 1
Functional Diagram .......................................................................................................................................... 2
Pinout Diagrams .............................................................................................................................................. 3
Pin Descriptions............................................................................................................................................... 4
     Strapping Table.......................................................................................................................................... 5
Electrical Characteristics .................................................................................................................................. 6
     Absolute Maximum Ratings ....................................................................................................................... 6
     Recommended Operating Conditions ......................................................................................................... 6
     DC Electrical Characteristics for VBUS pins (Temperature = $55^O$C)............................................................ 6
     DC Electrical Characteristics for GPIO pins (Temperature = $55^O$C) ............................................................ 6
     DC Electrical Characteristics for RST# pins (Temperature = $55^O$C) ............................................................ 7
     External Crystal Electrical Specification....................................................................................................... 7
     Differential Clock Oscillator Electrical Specification....................................................................................... 7
     External Clock Input Electrical Specification ................................................................................................ 8
     Internal Linear Regular Electrical Specification ............................................................................................ 8
     Internal Switching Regular Electrical Specification ....................................................................................... 8
     Power Consumption Characteristics............................................................................................................. 8
Package Information ........................................................................................................................................10



# List of Figures

Figure 1:   Functional Diagram of ASM1053 ..................................................................................................... 2
Figure 2:   ASM1053 Pinout ................................................................................................................................. 3
Figure 3:   Differential Crystal Design ................................................................................................................. 7
Figure 4:   Mechanical Specification – QFN 48L ...............................................................................................11



**ASM1053 Datasheet**

*This page is intentionally left blank.*





**ASM1053 Datasheet**

# General Description

ASM1053 is the ASMedia 2nd generation single chip solution to bridge the SuperSpeed USB (USB3.0) and High Speed USB (USB2.0) to Serial ATA host interface. It is highly integrated with ASMedia SuperSpeed USB3.0, High Speed USB2.0 and SATA1.5/3.0 Gbps self-design PHYs. Customers can easily enhaced their storage device performace via ASM1053 since it is also integrated 8-bit micro-processor and embedded RAM to provide a leading edge solution in USB to SATA device enclosure market.

# Features

◇   Compliant with USB3.0 Specification Revision 1.0
◇   Compliant with USB Specification Revision 2.0
◇   Support USB Super-Speed, High-Speed and Full-Speed Operation
◇   Support USB Mass Storage Class, Bulk-Only Transport Specification Revision 1.3
◇   Support UAS Attached SCSI Protocol Specification Revision 1.0
◇   Compliance with Serial ATA Specification Revision 2.6
◇   Support Spread Spectrum Control of USB3.0 and SATA interface to improve the EMI performance
◇   Support ATA/ATAPI Packet Command Set
◇   Support ATA/ATAPI LBA48 addressing mode
◇   Integrated 8-bit micro-processor with embedded program RAM and ROM
◇   Support SPI NVRAM for Vender Specific Application of USB Device Controller
◇   Support multi-GPIO pins
◇   Support two programmable PWM controller
◇   Support 20/25/30MHz with external crystal mode or 30MHz with Clock input mode via strapping
◇   Integrated internal 5V to 3.3V and 3.3V to 1.2V voltage regulator
◇   Support 3.3V IO power and 1.2V core power
◇   HBM ESD 2KV

# Package Type

◇   Green Package 6x6 QFN 48L (Pb-free)

1



# Functional Diagram



**Figure 1:   Functional Diagram of ASM1053**



**ASM1053 Datasheet**

# Pinout Diagrams



**Figure 2:   ASM1053 Pinout**



**ASM1053 Datasheet**

# Pin Descriptions

This section provides a detailed description of each signal. The following notations are used to describe the signal type.

| I/O Type | Definition |
|----------|------------|
| I | Input pin |
| O | Output pin |
| B | Bi-directional pin |
| P | Power pin |
| G | Ground pin |
| OD | Open Drain |

| Pin No. | Name | TYPE | Descriptions |
|---------|------|------|--------------|
| USB interface | | | |
| 16 | UDM | DB | USB2.0 negative Data Signal |
| 15 | UDP | DB | USB2.0 positive Data Signal |
| 19 | UTXN | DO | SuperSpeed USB negative Transmitter Signal |
| 20 | UTXP | DO | SuperSpeed USB positive Transmitter Signal |
| 22 | URXN | DI | SuperSpeed USB negative Receiver Signal |
| 23 | URXP | DI | SuperSpeed USB positive Receiver Signal |
| SATA interface | | | |
| 29 | SRXP | DI | SATA positive Receiver Signal |
| 30 | SRXN | DI | SATA negative Receiver Signal |
| 32 | STXN | DO | SATA negative Transmitter Signal |
| 33 | STXP | DO | SATA positive Transmitter Signal |
| System Signals | | | |
| 42 | TEST_EN | I | Test Enable Signal, with internal pull-down resistor<br>0: Normal Mode (Default)<br>1: Test Mode Enable |
| 2 | I2C_DATA | B | Used as I2C_DATA signal or SPI_DI signal, defined by strapping pin 37 GPIO6. Used as General Purpose IO after power on. Integrated pull-up resistor. |
| 3 | I2C_CLK | B | Used as I2C_CLK signal or SPI_CLK signal, defined by strapping pin 37 GPIO6. Used as General Purpose IO after power on. Integrated pull-up resistor. |
| 5 | GPIO5 | B | General Purpose IO, used as SPI_DO, with internal pull-up resistor. |
| 6 | GPIO4 | B | General Purpose IO, used as SPI_CS0, with internal pull-up resistor. |
| 8 | GPIO3 | B | General Purpose IO, used as strapping pin for clock source select while power on. Refer to the strapping table. Integrated pull-up resistor. |
| 9 | GPIO2 | B | General Purpose IO, used as SPI_CS1, with internal pull-up resistor. |
| 35 | GPIO7 | B | General Purpose IO, use as strapping for clock source select while power on. Refer to the strapping table. Integrated pull-up resistor. |
| 37 | GPIO6 | B | General Purpose IO, used as strapping for external ROM enabling via SPI interface. Refer to the strapping table. Integrated pull-up resistor. |
| 40 | UART_RX | B | URAT_RX while debug mode, Used as General Purpose IO after power on. Integrated pull-up resistor. |
| 41 | UART_TX | B | UART_TX while debug mode, Used as General Purpose IO after power on. Integrated pull-up resistor. |
| 43 | GPIO0 | B | General Purpose IO. Integrated pull-up resistor. |
| 44 | GPIO1 | B | General Purpose IO. Integrated pull-up resistor. |
| 45 | HDDPC | B | HDD power control pin, use as General Purpose IO. Integrated pull-up resistor.<br>0: Hard Drive Power Off<br>1: Hard Drive Power On |
| 10 | VBUS | I | USB Cable Power Detector |
| 17 | UREXT | P | External Reference Resistor with 12.1Kohm +/-1% |

ASMedia Confidential for



**ASM1053 Datasheet**

| Pin No. | Name | TYPE | Descriptions |
|---------|------|------|--------------|
| 38 | RST# | I | Power Reset pin |
| Clock Interface | | | |
| 25 | XI | I | Crystal input or Clock input pin |
| 26 | XO | O | Crystal output or Clock output pin |
| 27 | VXTLH | P | Power for Crystal and PLL circuit for 3.3V or 2.5V |
| Voltage Regulator | | | |
| 11 | VBUS_LDO | P | VBUS 5V voltage regulator input |
| 12 | VCC33O | P | 3.3V regulator output |
| 1 | VCC33IN | P | 3.3V regulator input |
| 48 | LXI | P | Connect with external inductor |
| 47 | PGND | G | Ground for voltage regulator |
| Power and Ground | | | |
| 14, 18 | VCC33U | P | USB 3.3V power pin |
| 34 | VCC33S | P | SATA 3.3V power pin |
| 13, 24 | VDD12U | P | USB 1.2V power pin |
| 28 | VCC12S | P | SATA 1.2V power pin |
| 7, 36, 46 | VCC12 | P | 1.2V Core power |
| 4, 39 | VCC33 | P | IO power for 3.3V |
| 21, 31, 49 | GNDA | G | Analog Ground<br>Pin 49 is the exposed pad connected to ground on PCB |

## Strapping Table

| Pin | Function | Description |
|-----|----------|-------------|
| GPIO6 | SPI Interface Select | 0: SPI for External ROM<br>1: I2C (Default) |
| GPIO[3,7] | Clock Select | 00: 25MHz Crystal<br>01: 30MHz Clock Input<br>10: 20MHz Crystal<br>11: 30MHz Crystal (Default) |

5



ASM1053 Datasheet

# Electrical Characteristics

## Absolute Maximum Ratings

| Parameter | Range | Units |
|---|---|---|
| Power Supply for 1.2V | -0.5~+1.6 | V |
| Power Supply for 3.3V | -0.5~+4.5 | V |
| DC Input Voltage | -0.5~+4.5 | V |
| Output Voltage | -0.5~+4.5 | V |
| Storage Temperature | -65~150 | $^0$C |
| HBM ESD | +/-2 | KV |
| MM ESD | +/-200 | V |

## Recommended Operating Conditions

| Symbols | Parameter | Min. | Typ. | Max. | Units |
|---|---|---|---|---|---|
| $V_{CC33}$ | 3.3V IO Power Supply | 3.0 | 3.3 | 3.6 | V |
| $V_{CC33U}$ | USB 3.3V Analog Power Supply | 3.0 | 3.3 | 3.6 | V |
| $V_{CC33S}$ | SATA 3.3V Analog Power Supply | 3.0 | 3.3 | 3.6 | V |
| $V_{CC12}$ | 1.2V Core Power Supply | 1.05 | 1.1 | 1.2 | V |
| $V_{CC12U}$ | USB 1.2V Power Supply | 1.05 | 1.1 | 1.2 | V |
| $V_{CC12S}$ | SATA 1.2V Power Supply | 1.05 | 1.1 | 1.2 | V |
| $V_{BUS\_LDO}$ | 5V to 3.3V LDO input voltage | 4.5 | 5 | 5.5 | V |
| $V_{CC33IN}$ | 3.3V to 1.2V Switching Regulator Input | 3.0 | | 3.6 | V |
| $T_C$ | Operating Case Temperature | 0 | 25 | 95 | $^0$C |
| $T_J$ | Operating Junction Temperature | 0 | 25 | 120 | $^0$C |

## DC Electrical Characteristics for VBUS pins (Temperature = 55$^0$C)

| Symbols | Parameter | Min. | Typ. | Max. | Units |
|---|---|---|---|---|---|
| $V_{IH}$ | Input High Level | 2 | | | V |
| $V_{IL}$ | Input Low Level | | | 0.8 | V |
| $V_{HYS}$ | Input Hysteresis | 0.57 | 0.6 | 0.65 | mV |
| $V_{TH-L2H}$ | VTH of Schmitt Trigger low to high | 1.4 | | 1.8 | V |
| $V_{TH-H2L}$ | VTH of Schmitt Trigger high to low | 0.85 | | 1.10 | V |

## DC Electrical Characteristics for GPIO pins (Temperature = 55$^0$C)

| Symbols | Parameter | Min. | Typ. | Max. | Units |
|---|---|---|---|---|---|
| $V_{IH}$ | Input High Level | 2 | | | V |
| $V_{IL}$ | Input Low Level | | | 0.8 | V |
| $V_{HYS}$ | Input Hysteresis | 0.57 | 0.6 | 0.65 | V |
| $V_{TH-L2H}$ | VTH of Schmitt Trigger low to high | 1.38 | | 1.8 | V |
| $V_{TH-H2L}$ | VTH of Schmitt Trigger high to low | 0.82 | | 1.15 | V |
| $R_{UP}$ | Internal Pull-up resistance while Vin=0V | 67 | 98.3 | 140 | KΩ |
| | Internal Pull-up resistance while Vin=VCCH/2 V | 37.85 | 55 | 77 | KΩ |
| $I_{IL}$ | Input pull-up leakage current while Vin=0V | 21.4 | 33.6 | 53.7 | uA |
| | Input pull-up leakage current while Vin=VCCH/2 V | 19.5 | 30 | 47.6 | uA |

6



**ASM1053 Datasheet**

| Symbols | Parameter | Min. | Typ. | Max. | Units |
|---------|-----------|------|------|------|-------|
| V$_{OH}$ | Output High Voltage | 2.64 | | | V |
| V$_{OL}$ | Output Low Voltage | | | 0.66 | V |
| I$_{OH}$ | Driving Current of Output High | | 12 | | mA |
| I$_{OL}$ | Driving Current of Output Low | | 12 | | mA |

## DC Electrical Characteristics for RST# pins (Temperature = 55$^O$C)

| Symbols | Parameter | Min. | Typ. | Max. | Units |
|---------|-----------|------|------|------|-------|
| V$_{IH}$ | Input High Level | 2.6 | | | V |
| V$_{IL}$ | Input Low Level | | | 1.4 | V |
| V$_{HYS}$ | Input Hysteresis | 0.218 | 0.235 | 0.25 | V |
| V$_{TH-L2H}$ | VTH of Schmitt Trigger low to high | 1.88 | | 2.58 | V |
| V$_{TH-H2L}$ | VTH of Schmitt Trigger high to low | 1.65 | | 2.35 | V |
| I$_{IL}$ | Input pull-up leakage current while Vin=0V | | | 1 | uA |

## External Crystal Electrical Specification

Note: please refer to the figure 3

| Symbol | Parameter | Min. | Typ | Max. | Unit |
|--------|-----------|------|-----|------|------|
| f$_{XTAL}$ | Frequency | | 20/25/30 | | MHz |
| Δf$_{XTAL}$ | Long Term Stability (at 25$^0$C) | -30 | | 30 | ppm |
| T$_C$ | Temperature Stability | -30 | | 30 | ppm |
| F$_A$ | Aging | -5 | | 5 | ppm |
| C$_L$ | Load Capacitance (Single-end mode) | | 16 | | pF |
| C$_O$ | Shunt Capacitance | 1 | 3 | 7 | pF |



**Figure 3:   Differential Crystal Design**

## Differential Clock Oscillator Electrical Specification

Note: please refer to the figure 3

| Symbol | Parameter | Min. | Typ | Max. | Unit |
|--------|-----------|------|-----|------|------|
| f$_{CLK}$ | Frequency | | 20/25/30 | | MHz |
| Δf$_{CLK}$ | Long Term Stability (all condition) | -150 | | 150 | ppm |



**ASM1053 Datasheet**

| Symbol | Parameter | Min. | Typ | Max. | Unit |
|--------|-----------|------|-----|------|------|
| $C_X$ | External Load Capacitance (Differential mode) | | 8 | | pF |
| $C_{TOTAL}$ | Total External Equivalent Capacitance from XI pin to XO pin (Differential mode) | 9 | 11 | 15 | Pf |
| $R_{TOTAL}$ | Total External Equivalent Series Resistance from XI pin to XO pin | | | 60 | Ω |

## External Clock Input Electrical Specification

| Symbol | Parameter | Min. | Typ | Max. | Unit |
|--------|-----------|------|-----|------|------|
| $f_{CLK}$ | Frequency | | 30 | | MHz |
| $\Delta f_{CLK}$ | Long Term Stability (all condition) | -100 | | 100 | ppm |
| Jitter | Input Clock cycle to cycle jitter Tolerance | | | 150 | ps |
| | Duty Cycle | 45 | | 55 | % |
| $t_R$ | Rising Edge rate | 1.0 | | 2.0 | V/ns |
| $t_F$ | Falling Edge rate | 1.0 | | 2.0 | V/ns |
| $V_{IH}$ | Clock Input High Level | 2 | | | V |
| $V_{IL}$ | Clock Input Low Level | | | 1.00 | V |

## Internal Linear Regular Electrical Specification

| Symbol | Parameter | Min. | Typ | Max. | Unit |
|--------|-----------|------|-----|------|------|
| $V_{IN\_LINEAR}$ | Input Voltage Range for internal linear regulator | 4.5 | 5 | 5.5 | V |
| $V_{OUT\_LINEAR}$ | Output Voltage Range for internal linear regulator | 3.2 | 3.45 | 3.6 | V |

## Internal Switching Regular Electrical Specification

| Symbol | Parameter | Min. | Typ | Max. | Unit |
|--------|-----------|------|-----|------|------|
| $V_{IN\_SWITCH}$ | Input Voltage Range for internal switching regulator | 3.0 | | 3.6 | V |
| $V_{OUT\_SWITCH}$ | Output Voltage Range for internal switching regulator | 1.05 | 1.1 | 1.2 | V |
| $\Delta V_N$ (p-p) | 3.3V input voltage noise/ripple Range | -8 | | 8 | % |
| $F_{OSC}$ | OSC frequency | | 1.7 | | MHz |
| $IP_{(LM)}$ | P-channel current limiter | | 1 | | A |

➢ **Strong recommend to have 10uF decoupling capacitor placed close to pin3 to filter the noise/ripple of 3.3V switching regulator input.**

## Power Consumption Characteristics

| Symbols | Parameter | Condition | USB3.0 | | | USB2.0 | | | Units |
|---------|-----------|-----------|--------|------|------|--------|------|------|-------|
| | | | Min. | Typ. | Max. | Min. | Typ. | Max. | |
| $I_{33}$ | Total Consumption Current for 3.3V Power | U0 | 36 | 38 | 40 | 47 | 50 | 53 | mA |
| | | Idle | 23 | 25 | 28 | 34 | 38 | 42 | mA |
| | | U1/U2 | 9 | 10 | 11 | N/A | N/A | N/A | mA |
| | | U3 | 0 | 0 | 0 | 0 | 0 | 0 | mA |

Asmedia Confidential for Asmedia reading highlight



**ASM1053 Datasheet**

| Symbols | Parameter | Condition | USB3.0 | | | USB2.0 | | | Units |
|---|---|---|---|---|---|---|---|---|---|
| | | | Min. | Typ. | Max. | Min. | Typ. | Max. | |
| $I_{12}$ | Total Consumption Current for 1.2V Power | U0 | 205 | 215 | 225 | 135 | 143 | 150 | mA |
| | | Idle | 135 | 150 | 165 | 68 | 75 | 83 | mA |
| | | U1/U2 | 85 | 94 | 104 | N/A | N/A | N/A | mA |
| | | U3 | 2.3 | 3 | 4 | 2.3 | 3 | 4 | mA |
| $P_{VBUS}$ | Total Power Consumption for 5V VBUS | U0 | 590 | 620 | 650 | 500 | 535 | 570 | mW |
| | | Idle | 390 | 430 | 470 | 310 | 340 | 370 | mW |
| | | U1/U2 | 205 | 235 | 265 | N/A | N/A | N/A | mW |
| | | U3 | 5.8 | 7.5 | 10 | 5.8 | 7.5 | 10 | mW |



ASM1053 Datasheet

# Package Information



| SYMBOL | MILLIMETER | | | INCH | | |
|---|---|---|---|---|---|---|
| | MIN. | NOM. | MAX. | MIN. | NOM. | MAX. |
| A | 0.80 | 0.85 | 0.90 | 0.031 | 0.033 | 0.035 |
| A1 | 0.00 | 0.02 | 0.05 | 0.00 | 0.001 | 0.002 |
| A2 | 0.60 | 0.65 | 0.70 | 0.024 | 0.026 | 0.028 |
| A3 | 0.20 REF. | | | 0.008 REF. | | |
| b | 0.15 | 0.20 | 0.25 | 0.006 | 0.008 | 0.010 |
| D | 6.00 bsc | | | 0.236 bsc | | |
| D1 | 5.75 bsc | | | 0.226 bsc | | |
| D2 | 3.95 | 4.10 | 4.25 | 0.156 | 0.161 | 0.167 |
| E | 6.00 bsc | | | 0.236 bsc | | |
| E1 | 5.75 bsc | | | 0.226 bsc | | |
| E2 | 3.95 | 4.10 | 4.25 | 0.156 | 0.161 | 0.167 |
| L | 0.30 | 0.40 | 0.50 | 0.012 | 0.016 | 0.020 |
| e | 0.40 bsc | | | 0.016 bsc | | |
| θ1 | 0° | ——— | 14° | 0° | ——— | 14° |
| R | 0.075 | ——— | ——— | 0.003 | ——— | ——— |
| TOLERANCES OF FORM AND POSITION | | | | | | |
| aaa | ——— | ——— | 0.10 | ——— | ——— | 0.004 |
| bbb | ——— | ——— | 0.07 | ——— | ——— | 0.003 |
| ccc | ——— | ——— | 0.10 | ——— | ——— | 0.004 |
| ddd | ——— | ——— | 0.05 | ——— | ——— | 0.002 |
| eee | ——— | ——— | 0.08 | ——— | ——— | 0.003 |
| fff | ——— | ——— | 0.10 | ——— | ——— | 0.004 |

10



**ASM1053 Datasheet**

NOTES :
1. ALL DIMENSIONS ARE IN MILLIMETERS.
2. DIE THICKNESS ALLOWABLE IS 0.305 mm MAXIMUM(.012 INCHES MAXIMUM)
3. DIMENSIONING & TOLERANCES CONFORM TO ASME Y14.5M. −1994.
4. DIMENSION APPLIES TO PLATED TERMINAL AND IS MEASURED
   BETWEEN 0.20 AND 0.25 mm FROM TERMINALTIP.
5. THE PIN #1 IDENTIFIER MUST BE PLACED ON THE TOP SURFACE OF THE
   PACKAGE BY USING INDENTATION MARK OR OTHER FEATURE OF PACKAGE BODY.
6. EXACT SHAPE AND SIZE OF THIS FEATURE IS OPTIONAL.
7. PACKAGE WARPAGE MAX 0.08 mm.
8. APPLIED FOR EXPOSED PAD AND TERMINALS. EXCLUDE EMBEDDING PART OF EXPOSED
   PAD FROM MEASURING.
9. APPLIED ONLY TO TERMINALS.
10. PACKAGE CORNERS UNLESS
   OTHERWISE SPECIPIED
   ARE R0.175±0.025 mm.

**Figure 4: Mechanical Specification – QFN 48L**

11



**ASM1053 Datasheet**